| | |
|---|---|
| 1 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | STEPHEN H. TURNER, SB# 89627 |
| 2 | E-Mail: turner@lbbslaw.com |
| | PATRIK JOHANSSON, SB#231769 |
| 3 | E-Mail: Johansson@lbbslaw.com |
| | 221 North Figueroa Street, Suite 1200 |
| 4 | Los Angeles, California 90012 |
| | Telephone: 213.250.1800 |
| 5 | Facsimile: 213.250.7900 |
| 6 | Attorneys for Defendant |
| | SRA ASSOCIATES, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | RALPH FISCHER, | CASE NO. '13CV2583 GPC KSC |
| 12 | Plaintiff, | |
| 13 | vs. | NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 (FEDERAL QUESTION) |
| 14 | SRA ASSOCIATES, INC,, | |
| 15 | Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant SRA ASSOCIATES, INC. ("SRA") , hereby removes to this Court the state court action described below:

1. On August 22, 2013, an action was commenced in the Sand Diego County Superior Court entitled *Ralph Fischer v SRA Associates, Inc.* Case No. 37-2013-003111925-SC-SC-CTL. A true and correct copy of plaintiff Ralph Fischer's ("Plaintiff") Complaint in this action is attached hereto as Exhibit "A."

2. The Complaint was filed on August 22, 2013. *See* Exhibit A. SRA was then served on October 16, 2013 and, therefore, removal of this action is timely. Specifically, this Notice of Removal is "filed within thirty [30] days after receipt by the [D]efendant . . . of a copy of [Plaintiff's Claim]" in accordance with the time period mandated by 28 U.S.C. §1446(b).

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under, and indeed specifically alleges violations of, the Fair Credit Reporting Act, codified at 15 U.S.C. § 1681, *et seq*.

DATED: October 24, 2013

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
STEPHEN H. TURNER
Attorneys for Defendant
SRA ASSOCIATES, INC.

4825-6342-9398.1

2