**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEPHEN H. TURNER, SB# 89627
PATRIK JOHANSSON, SB# 231769
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
SRA ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH FISCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>SRA ASSOCIATES, INC.,<br><br>    Defendant. | CASE NO.<br><br>**PROOF OF SERVICE**<br><br>Trial Date:    None Set |

4835-4332-4182.1

# FEDERAL COURT PROOF OF SERVICE

Fischer v. SRA Associates, Inc. - File No. NEW.MATTER

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 25, 2013, I served the following document(s): **CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; AND NOTICE OF REMOVAL OF ACTION TO THE UNITED STAES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C., SECTION 1441(a), 28 U.S.C., SECTION 1331 (FEDERAL QUESTIONS)**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Ralph Fischer                                  Tel: (858) 212-5375
10056 Paseo Montril, #107
San Diego, CA  92129                           *In Pro Per*

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 25, 2013, at Los Angeles, California.

_____
ROSA E. ROJAS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4835-4332-4182.1