# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH FISCHER,<br><br>             Plaintiff,<br>   vs.<br><br>SRA ASSOCIATES, INC.,<br><br>             Defendant. | CASE NO. 13cv2583-GPC(KSC)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND CASE TO STATE COURT**<br><br>[Doc. No. 8.] |

Based upon the stipulation of the parties, the Court orders that this case be remanded to San Diego Superior Court.

IT IS SO ORDERED.

DATED: March 25, 2014

HON. GONZALO P. CURIEL
United States District Judge

- 1 -

[13cv]